

**2017 OK 87**

**Anthony ORMAN, Petitioner,**

v.

**ECONO LODGE AIRPORT and the Workers' Compensation Commission, Respondents,**

and

**Employers Preferred, Insurance Carrier.**

**Case Number: 114581**

Supreme Court of Oklahoma.

Decided: 11/14/2017

## ORDER OF SUMMARY DISPOSITION

¶1 In this matter, THE COURT FINDS, from a review of the record and briefs submitted, that this Court's recent decision in Gibby v. Hobby Lobby Stores, Inc., 2017 OK 78, 404 P.3d 44 (2017), disposes of the issues presented. Rule 1.201 of the Oklahoma Supreme Court Rules provides: "In any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. Stat. tit. 12, ch. 15, app. 1 (2011).

¶2 IT IS THEREFORE ORDERED that the decision of the Workers' Compensation Commission is vacated, the decision of the Administrative Law Judge is reversed, and the matter is remanded for proceedings consistent with the opinion in the controlling decision.

¶3 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 13th day of November, 2017.

CONCUR: Combs, C.J., Watt, Edmondson, Colbert and Reif, JJ.

CONCUR in part and DISSENT in part: Gurich, V.C.J. and Kauger, J.

DISSENT: Winchester, J.

NOT PARTICIPATING: Wyrick, J.

**2017 OK 89**

**Charlotte COSTON, Petitioner,**

v.

**PRIDE PLATING INC. &/or Valence Surface Technologies LLC, American Zurich Insurance Co. &/or the Workers' Compensation Commission, Respondents,**

**Case Number: 115684**

Supreme Court of Oklahoma.

Decided: 11/14/2017

## ORDER OF SUMMARY DISPOSITION

¶1 In this matter, THE COURT FINDS, from a review of the record and briefs submitted, that this Court's recent decision in Gibby v. Hobby Lobby Stores, Inc., 2017 OK 78, 404 P.3d 44 (2017), disposes of the issues presented. Rule 1.201 of the Oklahoma Supreme Court Rules provides: "In any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. Stat. tit. 12, ch. 15, app. 1 (2011).

¶2 IT IS THEREFORE ORDERED that the decision of the Workers' Compensation Commission is vacated, the decision of the Administrative Law Judge is reversed, and the matter is remanded for proceedings consistent with the opinion in the controlling decision.

¶3 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 13th day of November, 2017.

**358**

CONCUR: Combs, C.J., Watt, Edmondson, Colbert and Reif, JJ.

CONCUR in part and DISSENT in part: Gurich, V.C.J. and Kauger, J.

DISSENT: Winchester, J.

NOT PARTICIPATING: Wyrick, J.

**2017 OK 88**

**Omar J. ALMESTICA, Petitioner,**

**v.**

**ROOF WORKS OF TULSA, Compsource Mutual Insurance Co., and the Workers' Compensation Commission, Respondents.**

**Case Number: 115198**

Supreme Court of Oklahoma.

Decided: 11/14/2017

ORDER OF SUMMARY DISPOSITION

¶1 In this matter, THE COURT FINDS, from a review of the record and briefs submitted, that this Court's recent decision in Gibby v. Hobby Lobby Stores, Inc., 2017 OK 78, 404 P.3d 44 (2017), disposes of the issues presented. Rule 1.201 of the Oklahoma Supreme Court Rules provides: "In any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. Stat. tit. 12, ch. 15, app. 1 (2011).

¶2 IT IS THEREFORE ORDERED that the decision of the Workers' Compensation Commission is vacated, the decision of the Administrative Law Judge is reversed, and the matter is remanded for proceedings consistent with the opinion in the controlling decision.

¶3 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 13th day of November, 2017.

CONCUR: Combs, C.J., Watt, Edmondson, Colbert and Reif, JJ.

CONCUR in part and DISSENT in part: Gurich, V.C.J. and Kauger, J.

DISSENT: Winchester, J.

NOT PARTICIPATING: Wyrick, J.

